# In The United States Court of Federal Claims

## Cover Sheet

05 - 921 C

Plaintiff(s) or Petitioner(s)

AMERICAN FLOOR CONSULTANTS AND INSTALLATIONS, INC. and CLAYTON W. KING

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] David M. Kupsky

Firm Name: Law Office of David M. Kupsky

Post Office Box:

Street Address: Suite 1250, 1349 W. Peachtree Street

City-State-Zip: Atlanta, Georgia 30309

Telephone & Facsimile Numbers: 404-881-1111

E-mail address: dmkupsky@yahoo.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

The case arises out of a written contract wherein the United States Air Force guaranteed that if Plaintiffs provided information, Plaintiffs would not be subjected to investigation or criminal proceeding. The United States breached the agreement.

Government Agency Involved: A F

**See attached Sheet for three digit code.**

Amount Claimed: $25,000,000 or to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005