# In the United States Court of Federal Claims

**No. 05-921 C**

**AMERICAN FLOOR CONSULTANTS AND INSTALLATIONS, INC., AND CLAYTON W. KING,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Published Memorandum Opinion and Order, filed March 14, 2006, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice for subject matter jurisdiction. No costs.

Brian Bishop
Clerk of Court

**March 17, 2006** By: s/Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $255.00.