#264925

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 11 2006
U.S. COURT OF FEDERAL CLAIMS

AMERICAN FLOOR CONSULTANTS )
AND INSTALLATIONS, INC., )
and CLAYTON W. KING, )
)
Plaintiffs, )
)
vs. ) ACTION NO. 05-921C
) (Judge C. Miller)
THE UNITED STATES, )
Defendants.

## NOTICE OF APPEAL

Notice is hereby given that AMERICAN FLOOR CONSULTANTS AND INSTALLATIONS, INC., and CLAYTON W. KING, Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Memorandum and Order filed March 14, 2006 and the Final Judgment entered on March 17, 2006.

This 11th day of May, 2006.

David M. Kupsky
Attorney for Plaintiffs

Suite 1250, Two Midtown Plaza
1349 W. Peachtree Street
Atlanta, Georgia 30309
404-881-1111 (telephone)
404-881-8040 (facsimile)