NOTE: This disposition is nonprecedential.

*United States Court of Appeals for the Federal Circuit*

FILED
MAR 6 2007
U.S. COURT OF FEDERAL CLAIMS

2006-5084

AMERICAN FLOOR CONSULTANTS AND INSTALLATIONS, INC., and CLAYTON W. KING,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 3/6/07

# *Judgment*

*ON APPEAL from the* UNITED STATES COURT OF FEDERAL CLAIMS

*in CASE NO(S).* 05-CV-921

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED. See Fed. Cir. R. 36.

Per Curiam (SCHALL, FRIEDMAN, and LINN, Circuit Judges).

*ENTERED BY ORDER OF THE COURT*

*DATED* JAN 12 2007

[signature]
*Jan Horbaly, Clerk*

Issued as Mandate: MAR 6 2007
COSTS:
Printing ........ $ 118.88
Total ........ $ 118.88

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 2006-5084 Caption: American Floor Consultants and Installations, Inc., and Clayton W. King v. United States

The Clerk is requested to tax the following costs against:

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JAN 23 2007
JAN HORBALY
CLERK

RECEIVED
JAN 23 2007
United States Court of Appeals For The Federal Circuit

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | | | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | | | | 0.08 | | |
| Brief (original) | xxxxx | 13 | | 6.00 | 78.00 | 78.00 |
| Brief (cover and binding) | 19 | xxxxx | | 2.00 | 38.00 | 38.00 |
| Brief (copying and collating) | 19 | 17 | | 0.08 | 2.88 | 2.88 |
| Appendix (original - table of contents) | xxxxx | | | 6.00 | | |
| Appendix (covers and binding) | | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | | | | 0.08 | | |
| Reply Brief (original) | xxxxx | | | 6.00 | | |
| Reply Brief (covers and binding) | | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | | | | 0.08 | | |
| Other (describe): | | | | | | |
| GRAND TOTALS | | | | | 118.88 | 118.88 |

City/County of Washington ) District/State of Columbia ) SS

I, Kirk T. Manhardt, swear under penalty of perjury that the services for which costs are claimed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on [illegible]. The certificate of service is attached.

Signature: [signature] Date: 1/19/07 Attorney for: United States

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 3/6/07

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of January 2007, I caused to be served by United States mail (first class mail, postage prepaid, copies BILL OF COST" addressed as follows:

David M. Kupsky
1349 West Peachtree Street
Suite 1250, Two Midtown Plaza
Atlanta, GA 30309

Phyllis R. Becks